# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DARIUS SCOTT RICHARDSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   CIVIL ACTION NO. 5:23-CV-285 (MTT) |
| WARNER ROBINS POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Plaintiff Darius Richardson moves to voluntarily dismiss this case without prejudice. Doc. 22. Under Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." "[I]n most cases a voluntary dismissal should be allowed unless the defendant will suffer some plain prejudice other than the mere prospect of a second lawsuit." *Fisher v. Puerto Rico Marine Mgmt., Inc.*, 940 F.2d 1502, 1502-03 (11th Cir. 1991) (citing *Durham v. Fla. E. Coast Ry. Co.*, 385 F.2d 366, 368 (5th Cir. 1967)). "[T]he decision whether or not to grant such a dismissal is within the sound discretion of the district court and reviewable only for abuse of discretion." *Fisher*, 940 F.2d at 1503. The Court concludes that a dismissal would not prejudice the defendants and is proper.

Accordingly, Richardson's motion to dismiss (Doc. 22) is **GRANTED**. Richardson's second amended complaint is **DISMISSED without prejudice**. The defendants' motion to dismiss (Doc. 21) is **TERMINATED as moot**.

2

**SO ORDERED**, this 25th day of March, 2024.

                                                <u>S/ Marc T. Treadwell</u>
                                                MARC T. TREADWELL, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT