IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DARIUS SCOTT RICHARDSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-285-MTT |
| | * |
| WARNER ROBINS POLICE DEPARTMENT, et al., | |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 25th day of March, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk